**DISMISS; Opinion Filed January 16, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01311-CV

## IN THE ESTATE OF FRANCES ANDERTON BUCHANAN, DECEASED

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. 17188**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant explains the appealed order has been superseded by another order and that order has been separately appealed. Appellant requests not just dismissal of the appeal but also a transfer of the filing fee paid in this appeal to the new appeal. We grant the motion to the extent we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191311F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE ESTATE OF FRANCES
ANDERTON BUCHANAN, DECEASED

No. 05-19-01311-CV

On Appeal from the County Court at Law
No. 2, Hunt County, Texas
Trial Court Cause No. 17188.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Jennifer Green recover her costs, if any, of this appeal from appellant James D. Anderton.

Judgment entered this 16th day of January, 2020.